**\*E-Filed 12/9/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN GREKO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DIESEL U.S.A., INC., a New York corporation; and DOES 1-100, inclusive, <br><br> Defendant. | No. C 10-02576 RS <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE TIME** |

Plaintiff Ryan Greko filed an administrative motion under Civil Local Rules 6-3 and 7-11 to extend the time by sixty days for the hearing on his motion for class certification, currently set for February 17, 2011. Having considered plaintiff's motion and defendant's opposition, the motion to reschedule the hearing is granted. No deadline for pre-certification summary judgment motions was set in the Court's scheduling Order on October 12, 2010 and none is set in this Order.

A hearing on plaintiff's motion for class certification shall take place on **April 21, 2011**, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: 12/9/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE