*E-Filed 2/14/11*

1  Harry I. Johnson, III (SBN 200257)
   *johnson.harry@arentfox.com*
2  Mark R. Phillips (SBN 223289)
   *phillips.mark@arentfox.com*
3  Stanley G. Stringfellow II (SBN 259047)
   *stringfellow.stanley@arentfox.com*
4  ARENT FOX LLP
   555 West Fifth Street, 48th Floor
5  Los Angeles, CA  90013-1065
   Telephone:     213.629.7400
6  Facsimile:      213.629.7401

7  Attorneys for Defendant
   DIESEL U.S.A., INC.
8

9
                      UNITED STATES DISTRICT COURT
10
              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
11

12 | RYAN GREKO, individually and on behalf of all others similarly situated, | Case No.  3:10-CV-02576-RS
13 |
14 |                  Plaintiffs,         | **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED]**
15 |          v.                          | **ORDER**  AS MODIFIED BY THE COURT
16 | DIESEL U.S.A., INC., a New York corporation; and DOES 1-100, inclusive, | **Class Action**
17 |                  Defendant.          | Judge:       The Hon. Richard Seeborg
                                            Courtroom:   3, 17th Floor
                                            Action Filed: June 10, 2010
18

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**
[CASE NO.  3:10-CV-02576-RS]

**STIPULATION**

1

2    Subject to the approval of the Court, plaintiff Ryan Greko ("Plaintiff") and defendant

3  Diesel U.S.A., Inc. ("Defendant") (Plaintiff and Defendant are referred to hereafter as the

4  "Parties"), through their respective counsel of record hereby stipulate to the following:

5    WHEREAS, on October 12, 2010, this Court ordered that the hearing for Plaintiff's

6  Motion for Class Certification take place on February 17, 2011;

7    WHEREAS, on November 24, 2010, Plaintiff filed a Motion to Change Time, whereby

8  Plaintiff moved this Court for an order setting the date of the hearing of Plaintiff's Motion for

9  Class Certification back sixty (60) days;

10    WHEREAS, on December 9, 2010, this Court granted Plaintiff's Motion to Change Time,

11  and ordered that hearing for Plaintiff's Motion for Class Certification take place on April 21,

12  2011;

13    WHEREAS, lead counsel for Defendant, Harry I. Johnson, III, has a long-scheduled

14  family vacation in the Grand Canyon that conflicts with the current hearing date of Plaintiff's

15  Motion for Class Certification;

16    WHEREAS, the Parties have met and conferred and jointly agreed to a one-week

17  extension of the date of the hearing for Plaintiff's Motion for Class Certification;

18    WHEREAS, a one-week extension of the date of the hearing for Plaintiff's Motion for

19  Class Certification will have little or no effect on the remaining schedule of the case;

20    WHEREAS, counsel for Plaintiff has agreed to Defendant filing this Stipulation with her

21  electronic signature;

22  \ \ \

23  \ \ \

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

1   THEREFORE, the Parties hereby submit this Stipulated Request for an Order Changing

2   Time, and request that the Court order the hearing for Plaintiff's Motion for Class Certification

3   take place on ~~April 28, 2011~~, or as soon thereafter according to the Court's convenience.
      May 5, 2011  at 1:30 p.m.

4

5   Dated: February 8, 2011                    **ARENT FOX LLP**

6

7                                              By: /s/ Harry I. Johnson, III
                                                  Harry I. Johnson, III
                                                  Attorneys for Defendant DIESEL U.S.A.,
8                                                 INC.

9

10  Dated: February 8, 2011                    **LAW OFFICES OF DANIEL FEDER**

11

12                                             By: /s/ Claire Elizabeth Cochran
                                                  Claire Elizabeth Cochran
13                                                Attorneys for Plaintiff RYAN GREKO

14       PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16  Dated: 2/14/11                             _____
                                                  Hon. Richard Seeborg
17                                                U.S. District Court Judge

18

19

20

21

22

23

24

25

26

27

28