Harry I. Johnson, III (SBN 200257)
*johnson.harry@arentfox.com*
Mark R. Phillips (SBN 223289)
*phillips.mark@arentfox.com*
Stanley G. Stringfellow II (SBN 259047)
*stringfellow.stanley@arentfox.com*
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
DIESEL U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN GREKO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIESEL U.S.A., INC., a New York corporation; and DOES 1-100, inclusive, <br><br> Defendant. | Case No. 3:10-CV-02576-RS <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME OF SUMMARY JUDGMENT HEARING AND [~~PROPOSED~~] ORDER** AS MODIFIED BY THE COURT <br><br> **Class Action** <br><br> Judge: The Hon. Richard Seeborg <br> Courtroom: 3, 17th Floor <br> Action Filed: June 10, 2010 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF SUMMARY JUDGMENT HEARING AND [~~PROPOSED~~] ORDER** [CASE NO. 3:10-CV-02576-RS]

**STIPULATION**

Subject to the approval of the Court, plaintiff Ryan Greko ("Plaintiff") and defendant Diesel U.S.A., Inc. ("Defendant") (Plaintiff and Defendant are referred to hereafter as the "Parties"), through their respective counsel of record hereby stipulate to the following in accordance with Civil Local Rules 6-1 and 6-2 :

WHEREAS, on March 3, 2011, Defendant filed its motion for summary judgment, the hearing for which is presently scheduled to take place on April 7, 2011, in accordance with Civil Local Rule 7-2(a);

WHEREAS, Plaintiff's deadline, according to Civil Local Rule 7-3(a), for filing his Opposition to Defendant's Motion for Summary Judgment is March 17, 2011, and Defendant's deadline, according to Civil Local Rule 7-3(c), for filing its Reply in support of its Motion for Summary Judgment is March 24, 2011;

WHEREAS, the Parties had a dispute over the need for and duration of an extension of Plaintiff's deadline for filing his Opposition to Defendant's Motion for Summary Judgment;

WHEREAS, the Parties were able to resolve the dispute in an overall agreement without requiring the Court's assistance;

WHEREAS, the Parties have met and conferred and jointly agreed to a two-week extension of Plaintiff's deadline for filing his opposition to Defendant's Motion for Summary Judgment, with Defendant's reply brief in support of its Motion for Summary Judgment due one week later, and a three-week extension of the date of the hearing for Defendant's Motion for Summary Judgment;

WHEREAS, the three-week extension of the hearing date is necessary to accommodate the schedule of lead counsel for Defendant, Harry I. Johnson, III, who has a long-scheduled family vacation in the Grand Canyon that would conflict with a two-week extension of the hearing date;

WHEREAS, a three-week extension of the date of the hearing for Defendant's Motion for Summary Judgment will have little or no effect on the remaining schedule of the case;

WHEREAS, the Parties also agree that there will be no further extensions of the summary

- 1 -

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF SUMMARY JUDGMENT HEARING AND [PROPOSED] ORDER** [CASE NO. 3:10-CV-02576-RS]

judgment and class certification hearing or motion filing dates, absent some personal emergency;

WHEREAS, counsel for Plaintiff has agreed to Defendant filing this Stipulation with his electronic signature;

THEREFORE, the Parties hereby submit this Stipulated Request for an Order Changing Time of Summary Judgment Hearing, and request that the Court order Plaintiff to file his Opposition to Summary Judgment by March 31, 2011, Defendant to file its Reply in support of its Motion for Summary Judgment by April 7, 2011, the hearing for Defendant's Motion for Summary Judgment to take place on ~~April 28~~ May 5, 2011, or as soon thereafter according to the Court's convenience, and the Parties be precluded from any further extensions of the summary judgment and class certification hearing or motion filing dates, absent some personal emergency. This Stipulated Request shall only be effective if approved in whole by order of the Court.

Dated: March 11, 2011   **ARENT FOX LLP**

By: */s/ Harry I. Johnson, III*
Harry I. Johnson, III
Attorneys for Defendant DIESEL U.S.A., INC.

Dated: March 11, 2011   **LAW OFFICES OF DANIEL L. FEDER**

By: */s/ Daniel L. Feder*
Daniel L. Feder
Attorneys for Plaintiff RYAN GREKO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/14/11

Hon. Richard Seeborg
U.S. District Court Judge

Arent Fox LLP
Attorneys At Law
Los Angeles

- 2 -
**STIPULATED REQUEST FOR ORDER CHANGING TIME OF SUMMARY JUDGMENT HEARING AND [~~PROPOSED~~] ORDER** [CASE NO. 3:10-CV-02576-RS]