**\*E-Filed 11/4/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN GREKO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIESEL U.S.A., INC.,<br><br>Defendant.<br>_____/ | No. C 10-02576 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 3, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    DISCOVERY. On or before June 29, 2012, all non-expert discovery shall be completed by the parties.

    2.    EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

    A. On or before July 27, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    B. On or before August 17, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

1  C. On or before September 7, 2012, all discovery of expert witnesses pursuant to Federal
2  Rule of Civil Procedure 26(b)(4) shall be completed.

3  3. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management
4  Conference shall be held on **July 12, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States
5  Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case
6  Management Statement at least one week prior to the Conference.

7  4. PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
8  Civil Local Rule 7.  All pretrial motions shall be heard no later than September 20, 2012.

9  5. PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and
10 confer to discuss preparation of a joint pretrial statement, and on or before October 25, 2012,
11 counsel shall file a Joint Pretrial Statement.

12 6. PRETRIAL CONFERENCE.  The final pretrial conference will be held on
13 **November 8, 2012, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450
14 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case
15 shall attend personally.

16 7. TRIAL DATE.  Trial shall commence on **November 26, 2012, at 9:00 a.m.**, in
17 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
18 California.

20 IT IS SO ORDERED.

22 DATED:  11/3/11

   _____
   RICHARD SEEBORG
   United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
NO. C 11-02576 RS