UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RYAN GREKO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIESEL U.S.A., INC., a New York corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 4:10-CV-02576-YGR<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING DEFENDANT'S DEMAND TO DEPOSE CLASS MEMBERS**<br><br>**Class Action**<br><br>Judge:         Hon. Yvonne Gonzalez Rogers<br>Courtroom:<br>Action Filed: June 10, 2010<br>Trial Date:    November 26, 2012<br><br>Hearing Date: July 5, 2012<br>Hearing Time: 10:00 a.m. |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On July 5, 2012, at 10:00 a.m., defendant Diesel U.S.A., Inc. ("Diesel"), and plaintiff Ryan Greko ("Greko," and together, the "Parties"), by and through their counsel of record, participated in a telephone conference call with the Honorable Yvonne Gonzalez Rogers in regard to the Parties' dispute over Diesel's right to depose eight class members. Diesel had previously noticed depositions for the following eight class members: Felix Bello, Ceasar Espinoza, Daniel Irwin, Joanna Krenzel, Juan Muniz, Allan Nguyen, James Torrence, and Paige Washington.

The Court reviewed the Parties' Joint Discovery Dispute Letter Brief, which the Parties' filed on July 2, 2012, as well as other documents previously filed with the Court, and heard the arguments of counsel. Based on its review and consideration of the above, and good cause appearing, the Court hereby orders that:

1. Diesel may take the depositions of the eight class members whom it previously noticed;

2. Each of the foregoing depositions shall be limited to four hours' time on the record, which shall not include, for example, time spent by counsel for Greko to prepare the deponent for the deposition and any breaks taken during the deposition by either party's counsel or the deponent;

3. If any deponent fails to give responsive answers, or the deposition otherwise fails to proceed at a reasonable rate, counsel for Diesel is authorized to call Judge Gonzalez Rogers immediately and seek leave for extension of the four-hour limit, or other relief, as appropriate; and

4. Diesel shall produce the personnel files of the deponents on or before July 12, 2012.

**IT IS SO ORDERED.**

Dated: _____ July 6 _____, 2012          _____
                                              The Honorable Yvonne Gonzalez Rogers
                                              United States District Court Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -
[PROPOSED] ORDER GRANTING DEFENDANT'S DEMAND TO DEPOSE CLASS MEMBERS
[CASE NO. 4:10-CV-02576-YGR]