Daniel L. Feder, Esq., SB # 130867
LAW OFFICES OF DANIEL FEDER
332 Pine Street, Suite 700
San Francisco, CA  94104
(415) 391-9476
(415) 391-9432 (facsimile)
danfeder@pacbell.net

Attorneys for Plaintiff
RYAN GREKO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GREKO, an individual and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>DIESEL U.S.A., INC., a New York corporation; and DOES 1-100, inclusive<br><br>Defendants. | Case No.  4:10-CV-02576-RS YGR<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Class Action** |

STIPULATION

Subject to the approval of the Court, Plaintiff Ryan Greko ("Plaintiff") and Defendant Diesel U.S.A., Inc. ("Defendant") (Plaintiff and Defendant are referred to hereafter as the "Parties"), through their respective counsel of record hereby stipulate to the following:

WHEREAS, on April 13, 2012, this Court ordered that a Case Management Conference be held in this action on July 9, 2012;

WHEREAS, lead counsel for Plaintiff, Daniel Feder has a scheduling conflict and will not be able to appear at the Case Management Conference on July 9, 2012, as there is a Mandatory Settlement Conference on that date at which he must appear in Stockton, California;

WHEREAS, the attorney with the Law Offices of Daniel Feder who was originally scheduled to appear at the Mandatory Settlement Conference in Stockton, California on July 9, 2012 is pregnant and has recently been committed to bed rest by her doctor;

WHEREAS, there are no other attorneys in the Law Office of Daniel Feder who can appear at the Mandatory Settlement Conference in Stockton, California, on July 9, 2012;

WHEREAS, lead attorney for Defendant, Harry I. Johnson III, was originally traveling on August 6, 2012, he is available after 4 p.m. on that date;

WHEREAS the Parties have met and conferred and jointly agreed to a continuation of the Case Management Conference to August 6, 2012, after 4 p.m.;

WHEREAS a continuation of the Case Management Conference to August 6, 2012 after 4 p.m. will have little or no effect on the remaining schedule of the case;

WHEREAS, counsel for Defendant has agreed to Plaintiff filing this Stipulation with his electronic signature;

///
///
///
///
///
///

1  THEREFORE, the Parties hereby submit this Stipulated Request for an Order Changing
2  Time, and request that the Court order the Case Management Conference take place on ~~August 6,~~ Auugust 27, 2012 at 2:00pm
3  ~~2012, after 4 p.m.~~, or as soon thereafter according to the Court's convenience.

6  Dated: July 6, 2012                           LAW OFFICES OF DANIEL L. FEDER

8                                                By: /s/ Daniel L. Feder

9                                                Daniel Feder
                                                  Attorney for Plaintiff, RYAN GREKO

12 Dated: July 6, 2012                           ARENT FOX LLP

14                                                By: /s/ Harry I. Johnson, III

15                                                Harry I. Johnson, III
                                                  Attorney for Defendant, DIESEL U.S.A., INC.

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.
    Case Management Conference is CONTINUED to Monday, August 27, 2012 at 2:00pm.

21  Dated:  July 6, 2012
                                                  Hon. Yvonne Gonzales Rogers
                                                  U.S. District Court Judge

- 2 -
**STIPULATION TO CONTINUE CMC AND [~~PROPOSED~~] ORDER**