# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN GREKO,<br><br>        Plaintiff,<br><br>    v.<br><br>DIESEL U.S.A.,<br><br>        Defendant. | Case No. 3:10-cv-02576 NC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court will hold a case management conference on September 26, 2012 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties or lead counsel must appear in person and must be prepared to discuss all items mentioned in Civil Local Rule 16-10. In view of the recent filing of case management statements, no additional case management statements need be filed.

IT IS SO ORDERED.

DATED: August 22, 2012

                                                  NATHANAEL M. COUSINS
                                                  United States Magistrate Judge