# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN GREKO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DIESEL U.S.A., INC.,<br><br>　　　　　　Defendant. | Case No. 10-cv-02576 NC<br><br>**JUDGMENT** |

In accordance with the Court's April 26, 2013 order granting plaintiff's motion for (1) final approval of the class action settlement; (2) attorneys' fees and costs; (3) class representative's incentive award; and (4) payment of the fees and expenses of the settlement administrator, the Court hereby enters final judgment in this action under Federal Rule of Civil Procedure 58, and orders this action dismissed with prejudice. Each side must bear its own costs and attorneys' fees except as otherwise provided by the settlement agreement and the April 26, 2013 final approval order. Without affecting the finality of this judgment in any manner, the Court retains jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of the April 26, 2013 final approval order and the settlement.

Because both parties have consented to proceed before a magistrate judge, this Court has jurisdiction under 28 U.S.C. § 636(c). Any appeal from this judgment may be taken

1  directly to the United States Court of Appeals for the Ninth Circuit in the same manner as
2  an appeal from any other judgment of a district court.
3      The clerk is ordered to terminate case No. 10-cv-02576 NC.
4      IT IS SO ORDERED.
5  Date: April 26, 2013

                                                Nathanael M. Cousins
                                                United States Magistrate Judge

Case No. 10-cv-02576 NC
JUDGMENT                                         2